**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| AIRCRAFT SERVICE INTERNATIONAL INC., <br> *Plaintiff-Appellee*, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS AFL CIO LOCAL 117, <br> *Defendant*, <br><br> and <br><br> WORKING WASHINGTON; ALEX POPESCU; JONATHAN ROSENBLUM, <br> *Defendants-Appellants*. | No. 12-36026 <br><br> D.C. No. <br> 2:12-cv-01729- <br> JLR <br><br><br> ORDER |

Filed June 12, 2014

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Owens and Friedland did not participate in the deliberations or vote in this case.